THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. NELLIE HIGGINS — HANNAH KRAUS.— Motion for leave to appeal or for reargument

denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal to that court granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, Merrell, O'Malley and Proskauer, JJ.